In the United States District Court
Northern District of Ohio
Eastern Division

| | |
|---|---|
| PAUL R. GWAZ | ) |
| | ) Court Case No. 1:14 CV 797 |
| | ) |
| Plaintiff | ) JUGDE DONALD C. NUGENT |
| v. | ) |
| Agents of and | ) |
| CITY OF PARMA, | ) JURISDICTIONAL CHALLENGE |
| | ) |
| STATE OF OHIO | ) RESPONSE TO MEMORANDUN |
| | ) |
| Defendant | |

Truth is to be self evident, that all men are created equal and endowed by the Creator with rights that no one or government can remove; among these are life, liberty and the pursuit of happiness, your response appeared to attempt to violate my rights.

I, paul, a man, not having legal training am at a complete disadvantage and ask the court to appoint a legal professional, specializing in Constitutional Law to assist me. I do not understand, I see words, and they appear to be in English, however latin phrases and words are used by this court may have different meaning for words used in a response from Judge Nugent dated 5/2/14.

Since the legal profession uses terms, procedures, and words foreign to the common

man, as a private man I find it difficult in not impossible to understand the letter therefore request to cease and desist from dismissing this action and I request an interpreter and legal expert pro bono to help me. Please Note: Change of Mailing Address:
8200 Pinehurst Drive
Parma, Ohio [near 44129]